# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**CALEB MCKEE,**
*Individually, and on behalf of himself and others similarly situated,*

Plaintiff,

v.

No. 2:21-cv-02385-JPM-atc

**CABLE TECHNOLOGY COMMUNICATIONS, LLC,**
*a Georgia Limited Liability Company,*
and **THANH NGUYEN**, *individually,*

Defendants.

**FLSA Collective Action**
**JURY DEMANDED**

## UNOPPOSED NOTICE OF FILING REVISED SETTLEMENT AGREEMENT AND MOTION FOR APPROVAL BY THE COURT

Comes now Plaintiff and files this Unopposed Notice of Filing Revised Settlement Agreement and Motion for Approval by the Court ("Motion"). In support of this Motion, Plaintiff states the following:

1. On June 9, 2021, Named Plaintiff filed the Original Collective Action Complaint pursuant to the Fair Labor Standards Act ("FLSA") on behalf of himself and putative collective class members, consisting of current and former cable technicians who worked for Defendant, Cable Technology, LLC, during the alleged statutory period, and who were allegedly not paid overtime. *Doc. 01, Compl., ¶¶ 22-35*.

2. At all times, Defendants have denied and continue to deny that they improperly paid Plaintiff, the two Opt-In Plaintiffs, or current and former employees or independent contractors, and further, have denied and continue to deny that Plaintiff, the two Opt-In Plaintiffs or putative collective

class members are entitled to any relief whatsoever. Defendants have also denied and continue to deny that this case is suitable for collective action treatment.

3. After the filing of the Original Collective Action Complaint, First Amended Complaint and after Defendants filing of a responsive pleadings, the parties voluntarily exchanged documents and information, written discovery and stipulated to notice. Thereafter, the parties negotiated a settlement as to the Named Plaintiff and the two Opt-In Plaintiffs' *individual* claims only.

4. The parties negotiated, drafted and executed the revised Settlement Agreement, a copy of which is attached hereto as **Exhibit 1**.[1]

5. As part of the Settlement Agreement, Defendants continue to deny any and all allegations of wrongdoing and maintain that Plaintiff's lawsuit and the allegations contained therein are meritless, both as to Named Plaintiff and the two Opt-In Plaintiffs individually and on behalf of the putative collective class. *Ex. 1, Settlement Agreement, pp. 1, 3*. Further, Named Plaintiff agrees to release any and all claims against Defendants. *Id., pp. 2-3*.

6. Named Plaintiff requests that the Court approve the settlement and the Settlement Agreement. As discussed above, Defendants have and continue to maintain that it properly paid Named Plaintiff and the two Opt-In Plaintiffs. Despite this, recognizing the costs and uncertainties of litigation and based on arms-length negotiations in which the parties were each represented by competent counsel, the parties reached an agreement to settle Named Plaintiff and the two Opt-In Plaintiffs' individual claims. The amount set forth in the Settlement Agreement represents more than 100% of the unpaid overtime and liquidated damages the two Opt-In Plaintiffs claim they are owed, 98% of Named

---

[1] The attached proposed Settlement Agreement has been modified pursuant to Court Order (ECF No.46) by removing the "Confidentiality" provision.

Plaintiff's total claimed damages and Named Plaintiff and the two Opt-In Plaintiffs' attorney's fees based on a reasonable hourly rate plus costs and expenses.

7. Given the positions of the parties' and their respective strengths and weaknesses, the risk, expense, complexity and likely duration of further litigation, and the experience and views of counsel following the exchange of documents and information, the parties submit that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions, and specifically, the issue of whether Defendants properly paid overtime to Named Plaintiff and the two Opt-In Plaintiffs.

8. Defendants do not oppose this Motion.

9. Based on the foregoing, Named Plaintiff requests that the Court enter an order approving the settlement and the Settlement Agreement.

Date: June 14, 2023.                              Respectfully submitted,


                                                  By:   */s/ J. Russ Bryant*
                                                        J. Russ Bryant, #033830
                                                        **JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
                                                        262 German Oak Drive
                                                        Memphis, Tennessee 38018
                                                        Telephone: (901) 754-8001
                                                        Facsimile: (901) 754-8524
                                                        *rbryant@jsyc.com*

                                                        *Attorneys for Plaintiffs*


**CERTIFICATE OF CONSULTATION**

I, counsel for Plaintiffs, hereby certify that on June 6, 2023 I consulted Defendants' counsel, Alyssa Wright, about Plaintiffs' Unopposed Notice of Filing Revised Settlement Agreement and Motion for Approval by the Court. Defendants' counsel has indicated that Defendants do not oppose the motion.

                                                  *s/ J. Russ Bryant*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on this the 14th day of June, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ J. Russ Bryant
J. Russ Bryant