IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CALEB MCKEE, *individually, and on behalf of himself and others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CABLE TECHNOLOGY COMMUNICATIONS, LLC, *a georgia limited liability company*, and THANH NGUYEN, *individually*, | ) ) ) ) ) |
| Defendants. | ) |

Case No. 2:21-cv-02385-JPM-atc

**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF INDIVIDUAL NAMED PLAINTIFF'S AND TWO OPT-IN PLAINTIFFS' SETTLEMENT OF INDIVIDUAL CLAIMS**

**AND**

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's Unopposed Notice of Filing Revised Settlement Agreement and Motion for Approval by the Court, filed on June 14, 2023. (ECF No. 48.) After evaluating the Settlement Agreement between the parties, the Court finds the settlement to be fair and reasonable and approves the Proposed Agreement under the Fair Labor Standards Act.

**IT IS ORDERED** that the Unopposed Motion to Approve Settlement (ECF No. 48) as to the individually named plaintiff and the two opt-in plaintiffs is **APPROVED** as to these individual claims only. All matters in this case having been resolved, this action is hereby

**DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs except as provided in the Settlement Agreement, without prejudice to the rights of the Parties to move to reopen this case to enforce the settlement if not consummated. The Court retains jurisdiction over the Parties and their Settlement Agreement for purposes of enforcing such agreements should any controversy arise about the terms of the agreements or any party's performance of its obligations thereunder.

**SO ORDERED**, this 14th day of June, 2023.

                                                 s/ Jon P. McCalla
                                                 JON P. McCALLA
                                                 UNITED STATES DISTRICT JUDGE